UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. HERRERA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:22-1998 |
| v. | : | (JUDGE MANNION) |
| WARDEN, LACKAWANNA COUNTY PRISON, | : | |
| | : | |
| Defendant | | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Preliminary Injunction (Doc. 1) is **DENIED**.

2. On, or before, February 7, 2023, Plaintiff shall file a complaint in the above captioned action.

3. Failure to timely file a complaint will result in the above captioned action being closed.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: January 18, 2023
22-1998-01-ORDER